AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| MARIA BERTHA GUZMAN, individually and as guardian for her minor son, U.C.G., <br><br> *Plaintiff(s)* <br><br> v. <br><br> MEDFORD SCHOOL DISTRICT 549C, an Oregon public school district; FELICIA HOLT, individually and in her official capacity; and PHYLLIS MACKAY, individually and in her official capacity, <br> *Defendant(s)* | Civil Action No. 1:25-CV-1653-MTK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Phyllis Mackay
1550 S. Oakdale Ave
Medford Or 97501-3730

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Kim Sherman, JD, PhD
   Education, Environmental, & Estate Law, LLC
   PO Box 728
   Eugene, OR, 97440

   info@e3-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, Clerk of Court

Date: 10/22/2025

By: s/Heather McCann, Deputy Clerk